KRANZ AUTOMOTIVE BODY CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-108— 

WILDMAN, HARROLD, ALLEN & DIXON, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE ATTORNEY GENERAL, Respondent.

*Opinion filed November 12, 1974.*

WILDMAN, HARROLD, ALLEN & DIXON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-114— 

GRAND ELM A.M.C., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed November 12, 1974.*

GRAND ELM A.M.C., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.